# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0718

VERSUS

RON F. WARD, JR.

**OCTOBER 23, 2023**

---

In Re:    Ron F. Ward, Jr., applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          2143-F-2023, 2151-M-2023.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Office of
the Clerk of Court shows that on August 11, 2025, relator pled
guilty and was sentenced in this case. Thus, his request for
mandamus relief regarding a pretrial motion is moot.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT